# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number: 08-cr-00419-REB-01 |
| | USM Number: 24964-051 |
| ADOLFO GONZALEZ-RUIZ <br> a/k/a Roben Ruiz Gonzalez <br> a/k/a Adolfo Ruiz <br> a/k/a Jose Martinez <br> a/k/a Adolfo Ruiz-Gonzale | Edward A. Pluss, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to Comply with the Special Condition for Not to Re-enter the United States Illegally, if Deported | 03/24/12 |

    The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

> January 24, 2013
> Date of Imposition of Judgment
>
> s/ Robert E. Blackburn
> Signature of Judge
>
> Robert E. Blackburn, U.S. District Judge
> Name & Title of Judge
>
> January 29, 2013
> Date

DEFENDANT:  ADOLFO GONZALEZ-RUIZ  
CASE NUMBER:  08-cr-00419-REB-01                                                                    Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Violation of Law | 03/24/12 |

DEFENDANT:  ADOLFO GONZALEZ-RUIZ
CASE NUMBER:  08-cr-00419-REB-01                                                      Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twelve (12) months.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal